■ Robert Martin, Respondent-Appellant, v Lumber Mutual Insurance Company et al., Appellants-Respondents.—Order unanimously affirmed with costs for reasons stated in memorandum decision at Special Term, Flaherty, J. (Appeals from order of Supreme Court, Erie County, Flaherty, J.—summary judgment.) Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.